IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONALD HENER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 97-4254 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | | |
| Defendant | | |
| ROBERT HENER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 02-01667 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED

MAR 0 7 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## JUDGMENT

In accordance with the Court's order for entry of judgment, judgment is entered in favor of the United States and against Robert Hener in the amount of $527,000 relating to trust fund taxes due from Energy Shielding, Inc. for the period from July 1, 1987 through June 30, 1989 and Shielding Industries, Inc., for the period April 1, 1992 through June 30, 1993. .

Dated this 7th day of March, 2008.

_____
CHIEF JUDGE, UNITED STATES DISTRICT COURT