IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD HENER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:97-cv-4254 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT HENER, | ) |
| | ) |
| Third-Party Defendant. | ) |

## SATISFACTION OF JUDGMENT

COMES NOW the United States of America and states that the judgment against Donald Hener in the amount of $70,000, which was entered on October 1, 2007, has been satisfied in full.

//

//

//

//

//

//

//

//

1

DATED: April 16, 2012.

                        PAUL J. FISHMAN
                        United States Attorney

                        KATHRYN KENEALLY
                        Assistant Attorney General
                        Tax Division


                        /s/ W. Bradley Russell
                        W. BRADLEY RUSSELL
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        Post Office Box 227
                        Ben Franklin Station
                        Washington, D.C.  20044
                        Telephone: (202) 307-0854

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing satisfaction of judgment was served this 16th day of April 2012, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to the following:

Richard J. Sapinski, Esq.
Sills, Cummis, Epstein & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102

Frank Agostino, Esq.
Calo Agostino, P.C.
14 Washington Place
Hackensack, New Jersey 07601

IT IS FURTHER CERTIFIED that the foregoing satisfaction of judgment was served this 16th day of April 2012, by U.S. Mail, postage pre-paid, addressed to:

Donald Hener
76 Princeton Street
Clifton, New Jersey 07014

/s/ W. Bradley Russell
W. BRADLEY RUSSELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0854
E-Mail: William.B.Russell@usdoj.gov